UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TACUMA J. M'WANZA,<br><br>    Petitioner,<br>v.<br>FILSON, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00105-MMD-VPC<br><br>ORDER |

Court mail has been returned from the last institutional address given by petitioner with a notation indicating that he no longer is at the institution. The inmate locator on the state corrections department's website similarly reflects that petitioner has been released. Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address, it therefore is ordered that this action is dismissed without prejudice.

The Clerk is instructed to enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 13th day of November 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE